## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| **PATRICIA "KAY" WHATLEY** | **CIVIL DOCKET NO. 1:21-CV-01185** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JEROME HOPEWELL, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## ORDER

Considering the UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [Doc. 17], filed by Plaintiff, Patricia "Kay" Whatley,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is granted an extension of time up to, and including, October 22, 2021, to file a response to Defendant's Motion for Partial Summary Judgment [Doc. 14].

THUS, DONE AND SIGNED in Chambers on this 15th day of October 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE