UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| PATRICIA "KAY" WHATLEY | CIVIL ACTION NO. 1:21-CV-01185 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JEROME HOPEWELL; and XYZ INSURANCE COMPANIES | MAGISTRATE JUDGE PEREZ-MONTES |

___

### ORDER

**CONSIDERING** the Motion for Leave to file Exhibits Under Seal filed by defendant, Alexandria City Marshal Jerome Hopewell ("Defendant"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be and it is hereby **GRANTED** and Defendant is permitted to file Exhibits B and C-1 to his Motion for Partial Summary Judgment under seal.

_____, Louisiana, this _____ day of _____, 2022.

_____
**HON. DAVID C. JOSEPH**
**UNITED STATES DISTRICT JUDGE**

1