UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**PATRICIA WHATLEY**              **CASE NO.  1:21-CV-01185**

**VERSUS**                        **JUDGE DAVID C. JOSEPH**

**JEROME HOPEWELL ET AL**         **MAGISTRATE JUDGE PEREZ-MONTES**

MINUTES OF COURT:
**Motion Hearing \ Pretrial Conference**

| Date: | Oct. 20, 2022 | Presiding: | Judge David C. Joseph |
|---|---|---|---|
| Court Opened: | 10:05 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 10:50 AM | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 45 Minutes | Courtroom: | Courtroom 1 |

**APPEARANCES**

| Hope Ann Phelps | For | Patricia Whatley, Plaintiff |
|---|---|---|
| William Brock Most | For | Patricia Whatley, Plaintiff |
| Steven M. Oxenhandler | For | Jerome Hopewell, Et Al, Defendants |
| Mary Allison Johnson | For | Jerome Hopewell, Et Al, Defendants |
| Martha R. Crenshaw | For | Jerome Hopewell, Et Al, Defendants |

**PROCEEDINGS**

Case called for motions hearings.

The Court DENIED [Doc. 32] Motion to Compel Complete Production of Text Messages by Patricia Whatley.

Having carefully considered the Motion in Limine by Jerome Hopewell [Doc. 47] and Motion in Limine by Patricia Whatley [Doc. 48], memorandum submitted and the applicable law, the Court GRANTED IN PART and DENIED IN PART each motion, for reasons stated on the record.

**Pre-trial Conference:**
A Joint Motion to Continue Trial with Consent [Doc. 62] was filed and referred to the pretrial conference per Electronic Order [Doc. 63].  After consideration and finding that good cause exists, the Court RESET the jury trial for **December 19, 2022, at 9:00 a.m. in Alexandria, LA.** Jury selection will begin at 9:00 a.m.  The Court will set aside 2-3 days for trial.  Bench books are due seven (7) days prior to trial.  The Court will conduct voir dire.  Each side will be allowed ten (10) minutes for additional voir dire questioning.  Each side will be allowed twenty (20) minutes for opening statements and thirty (30) minutes for closing statements.